[L. A. No. 667.   Department Two.—June 25, 1900.]

JOHN H. WISE, Appellant, v. S. D. BALLOU, Respondent.

APPEAL—FINDINGS—SUFFICIENCY OF EVIDENCE—NEW TRIAL—JUDGMENT.
Upon appeals from a judgment and from an order denying a
motion for a new trial, neither of which is taken within sixty
days after the denial of the motion, the appeal from the order
will be dismissed, and the question of the sufficiency of the
evidence to justify the findings and decision cannot be con-
sidered.

APPEAL from a judgment of the Superior Court of San
Luis Obispo County and from an order denying a new trial.
E. P. Unangst, Judge.

The facts are stated in the opinion.

Graves & Graves, for Appellant.

F. A. Dorn, for Respondent.

HAYNES, C.—Claim and delivery to recover possession of
five hundred sacks of wheat, or their value. The defendant
had judgment and the plaintiff appeals therefrom and from an
order denying his motion for a new trial.

The only point made by appellant and upon which he rests
his case is that the evidence is insufficient to justify the de-
cision.

Respondent makes the point that the sufficiency of the evi-
dence to justify the findings and decision cannot be considered,
because the appeal was taken more than sixty days after the
entry of the judgment, and more than sixty days after the
order denying a new trial.

The judgment was entered February 11, 1898, the order
denying a new trial was made July 2, 1898, and the notice of
appeal was filed and served September 1, 1898, sixty-one days
after the order was entered.

As there is a bill of exceptions in the record, errors of law
occurring upon the trial or appearing upon the judgment-roll
might be considered upon this appeal, but it is conceded there

are none; and the appeal not having been taken within sixty days after the motion for new trial was denied, the question as to the insufficiency of the evidence cannot be considered. (Code Civ. Proc., sec. 939, subds. 1, 3.)   The appeal from the order should therefore be dismissed, and the judgment affirmed.

Gray, C., and Smith, C., concurred.

For the reasons given in the foregoing opinion the appeal from the order is dismissed and the judgment affirmed.

Henshaw, J., McFarland, J., Temple, J.